JOHN J. REILLY, by MARION J. REILLY, His Guardian ad Litem, Respondent, v. GRISTEDE BROS., INC., Appellant.

Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., dissents and votes to reverse and dismiss the complaint. Dissenting opinion by Finch, P. J.

FINCH, P. J. (dissenting). Upon this record I am unable to see any negligence on the part of this defendant which contributed to this accident. The leaving of the little delivery handcart upon the sidewalk in front of this grocery shop in violation of the ordinance was not the proximate cause of the accident. The latter was caused by the intervening act of the children jumping on the cart. The manager of the store was quite within his rights in warning the children to desist from playing upon the cart. The true cause of the accident was the fact that both children, who were upon the cart, did not leave it simultaneously or the child above the third wheel, last. One was on one end and one on the other and nothing the manager could possibly have done would have caused these children to leave the cart simultaneously or in the proper order. I, therefore, vote to reverse the judgment appealed from and dismiss the complaint.

JEROME J. OPPENHEIMER v. WASHINGTON ASSURANCE CORPORATION OF NEW YORK.—Application granted. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

EMANUEL SCHULDER v. LOUIS DAVIS, Impleaded, etc.— Motion granted on condition stated in order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM E. ROZETT v. GEORGE COHEN.— Motion granted in so far as to extend defendant's time to answer until five days after service of a copy of order, with notice of entry thereof; in other respects denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of SAMUEL ROSENBLATT, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GEORGE PORT, Appellant, for the Suppression of Any and All Evidence of Whatever Nature Obtained Directly or Indirectly by Reason of a Search of Room No. 1 at No. 116 Center Street, in the Borough of Manhattan, City and State of New York, and for the Return of Any and All Books, etc., Seized and Taken Away from Said Premises, etc., by the COMMISSIONER OF ACCOUNTS OF THE CITY OF NEW YORK, Respondent, the District Attorney of the County of New York, Their Deputies, Subordinates and Assistants, and for the Suppression of Certain Subpœnas, etc., Purporting to Have Been Issued by Said Commissioner of Accounts of the City of New York, etc. DANIEL MEYERS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of TERIJON WEITLING for an Order Directing the Delivery to Him of His Papers and Property by JULIAN A. GREGORY and W. RANDOLPH MONTGOMERY, Attorneys, etc., Practicing under the Firm Name of